Svetlana P. Spivak
HOLMES WEDDLE & BARCOTT, P.C.
3101 Western Ave., Suite 500
Seattle, Washington 98121
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: sspivak@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD BUMPUS,<br><br>    Plaintiff,<br><br> v.<br><br>Griffin Glass, LLC, and Mr. Dalton Griffin,<br><br>    Defendants. | IN ADMIRALTY<br><br>Case No. |

**COMPLAINT**

COMES NOW Plaintiff DONALD BUMPUS, (hereinafter "Plaintiff") and alleges as follows:

1. This action is an admiralty and maritime dispute within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and the Court's jurisdiction over this action rests in Title 28 U.S.C. § 1333.

2. Plaintiff is and was at all pertinent times an individual residing in Chignik Lagoon, Alaska. Plaintiff is the owner of the fishing vessel KIMBERLY DAWN.

3. Defendant Griffin Glass, LLC is a Limited Liability Company organized under the laws of the State of Alaska, and doing business in Kodiak, Alaska.

COMPLAINT
*Donald Bumpus v. Griffin Glass et al*
Case No. - Page 1 of 4

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:23-cv-00239-SLG   Document 1   Filed 10/20/23   Page 1 of 4

4. Defendant Dalton Griffin is an individual who, at times relevant to the facts alleged in this lawsuit, was residing in Kodiak, Alaska. Defendant Dalton Griffin was the manager and the only member of Griffin Glass, LLC.

5. On July 17, 2022, the F/V KIMBERLY DAWN grounded leaving Kodiak Island, Alaska.

6. The grounding resulted in damage to the vessel's fiberglass hull structure.

7. Plaintiff Donald Bumpus obtained a repair quote from the Defendants for the total amount of $86,575.00, to complete the repairs by the end of the year 2022.

8. Mr. Griffin represented himself as an experienced, capable and available to perform the required repairs.

9. Plaintiff Donald Bumpus hired Dalton Griffin / Griffin Glass, LLC., to perform the repairs to the F/V KIMBERLY DAWN.

10. Mr. Griffin began working on the F/V KIMBERLY DAWN after he received a deposit for work to be performed in the amount of $20,000.00, in August 2022. Plaintiff subsequently paid Defendants additional $10,000.00 in September 2022, $5,000.00 in October 2022, and $25,000.00 in December 2022. The total sum paid to the Defendants was $60,000.00.

11. In or about January 2023, Defendants abandoned the project.

10. On February 2, 2023, Defendants' work was examined by Plaintiff and by Marine Surveyor Jack L. McFarland of Alaska Marine Surveyors, Inc. The work performed by Defendants was determined to be faulty and substandard and below the industry standard.

11. By February 2, 2023, plaintiff Donald Bumpus paid $60,000.00 to defendants for repairs.

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

12. On February 5, 2023, Angel Bravo, a fiberglass contractor for Bravo Marine, LLC., located in Kodiak, Alaska, was hired to complete the fiberglass work on the F/V KIMBERLY DAWN.

13. In the process of performing repairs, Mr. Bravo had to take apart and rip out the substandard work done by the Defendants and start most of the work from the beginning.

14. Plaintiff paid Bravo Marine, LLC a total of $79,900.00 to complete the repairs.

15. In addition, Plaintiff paid surveyor Jack McFarland $6,575.13 for survey of the work needed to be performed, performed by Defendants, and needed to be redone by Bravo Marine, LLC. The vessel was finally repaired and in seaworthy condition mid-2023. As a result of the delay, the vessel missed the pot cod fishing season.

16. Defendants materially breached the ship repair contract between Donald Bumpus and Defendants.

17. Defendants breached their implied warranty of workmanlike performance in the course of their attempted performance of the ship repair contract.

18. Defendants were negligent and breached the duty of care they owed to the Plaintiff in the course of their attempted performance of the ship repair contract.

19. Defendants are liable to Plaintiff for all damages, costs, and expenses caused by Defendants' breach of contract, breach of the warranty of workmanlike performance, and negligence.

**PRAYER FOR RELIEF**

WHEREFORE, PLAINTIFF DONALD BUMPUS respectfully requests the following relief:

COMPLAINT
*Donald Bumpus v. Griffin Glass et al*
Case No. - Page 3 of 4

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:23-cv-00239-SLG   Document 1   Filed 10/20/23   Page 3 of 4

A. Judgment against Defendants, jointly and severally, for all damages caused by their conduct as alleged above, in the amount to be proved at trial, but not less than $60,000.00, plus prejudgment interest, surveyor's fees in the amount of $6,575.13, court costs, and attorneys' fees;

B. Other relief as this Court may deem just and proper.

DATED this 20th day of October, 2023.

HOLMES WEDDLE & BARCOTT, P.C.

s/Svetlana P. Spivak
Svetlana P. Spivak, ABA #0608049
3101 Western Ave., Suite 500
Seattle, Washington 98121
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: sspivak@hwb-law.com
Attorney for Plaintiff

G:\4605\34455\Pleading\Complaint.doc

COMPLAINT
*Donald Bumpus v. Griffin Glass et al*
Case No. - Page 4 of 4

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:23-cv-00239-SLG   Document 1   Filed 10/20/23   Page 4 of 4